Mitchell D. Gliner, Esq.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV 89102
(702) 870-8700
(702) 870-0034 Fax
mgliner@glinerlaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

RICHARD S. GORDON )
)
    Plaintiff, )
)
vs. ) Case Number
) 2:18-cv-02277-RFB-CWH
)
TRANS UNION LLC, )
)
    Defendant. )
_____)

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) and local rule 7-1(b) it is hereby stipulated by the parties hereto that the above-entitled matter be dismissed with prejudice, each party to bear their own costs and attorney's fees.

MITCHELL D. GLINER, ESQ.                ALVERSON TAYLOR & SANDERS

_____      _____
MITCHELL D. GLINER, ESQ.                KURT BONDS, ESQ.
Nevada Bar No. 3419                           Nevada Bar No. 6228
3017 W. Charleston Blvd. # 95              TREVOR R. WAITE, ESQ.
Las Vegas, Nevada 89102                   Nevada Bar No. 13779
Attorney for Plaintiff                             6605 Grand Montecito Pkwy, Suite 200
                                                Las Vegas, Nevada 89149
                                                Counsel for Defendant Trans Union LLC

IT IS SO ORDERED this 23rd day of July, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE